IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br><br>JUSTIN CARLTON WHITMAN,<br><br>　　　　　　Defendant. | CR-18-77-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

　　　United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 9, 2025. (Doc. 86.)

　　　When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

　　　Judge Johnston conducted a revocation hearing on July 8, 2025 (Doc. 85.) The United States accused Justin Whitman (Whitman) of violating the conditions of his supervised release by: (1) failing to comply with substance abuse testing requirements on August 26 2024 and February 25, 2025; (2) failing to maintain employment by being terminated from a job on August 26, 2024, and by being

terminated from a second job on February 25, 2025; (3) failing to comply with outpatient substance abuse treatment on October 23, 2024, November 6, 2024, December 23, 2024, January 22, 2025, and February 18, 2025; (4) failing to answer truthfully questions asked by his probation officer on November 6, 2025; (5) failing to report to his probation officer as instructed on January 16, 2025; (6) being in possession of brass knuckles on January 15, 2025 and February 13, 2025; and (7) using methamphetamine on February 11, 2025. (Doc.77.)

At the revocation hearing, Whitman admitted that he had violated the conditions of supervised release (1) that alleged he failed to comply with substance abuse testing requirements on August 26 2024, and the part of allegation (2) that alleged he failed to maintain employment by being terminated from a job on February 25, 2025. Whitman also admitted that he had violated the conditions of is supervised release as set forth in violations 3-7 of the Petition. (Doc. 85.)

Judge Johnston found that violations Whitman admitted prove serious and warrants revocation of his supervised release and recommends a term of custody of 12 months and 1 day with no supervised release to follow. (Doc. 86.)  The Court advised Whitman of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 85.)

The violations prove serious and warrants revocation of Whitman's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 86) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Justin Carlton Whitman be sentenced of 12 months and 1 day with no term of supervised release to follow.

DATED this 10th day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts